**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 09-31633-JBS |
|---|---|---|
|  | § |  |
| MARCUS LUCAS MUHAMMAD | § |  |
| DIAN M MUHAMMAD | § |  |
|  | § |  |
| Debtor(s) | § |  |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/29/2011, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/25/2011          By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-31633-JBS |
| | § | |
| MARCUS LUCAS MUHAMMAD | § | |
| DIAN M MUHAMMAD | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $6,708.55
*and approved disbursements of*               $1,890.64
*leaving a balance on hand of*[1]:            $4,817.91

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    $0.00
Remaining balance:                        $4,817.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,204.86 | $0.00 | $1,204.86 |
| David P. Leibowitz, Trustee Expenses | $3.24 | $0.00 | $3.24 |

Total to be paid for chapter 7 administrative expenses:   $1,208.10
Remaining balance:                                        $3,609.81

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---:|
| Remaining balance: | $3,609.81 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,609.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,491.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | DISCOVER BANK | $6,629.53 | $0.00 | $1,294.17 |
| 2 | FFCC-Columbus, Inc. | $1,819.53 | $0.00 | $355.20 |
| 3 | GE Money Bank dba ABT TV/GEMB | $3,681.95 | $0.00 | $718.77 |
| 4 | GE Money Bank dba GAP VISA CARD | $1,953.32 | $0.00 | $381.32 |
| 5 | NCO PORTFOLIO MANAGEMENT/ WELLS FARGO | $4,054.82 | $0.00 | $791.56 |
| 6 | American Infosource Lp As Agent for Asta-Vativ | $352.39 | $0.00 | $68.79 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $3,609.81 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-31633-JBS
Marcus Lucas Muhammad                                                     Chapter 7
Dian M Muhammad
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 2            Date Rcvd: Aug 26, 2011
                              Form ID: pdf006            Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2011.
```
db/jdb       +Marcus Lucas Muhammad,    Dian M Muhammad,    5208 South Drexel Avenue,    Apartment 1W,
               Chicago, IL 60615-3722
aty           Carrie A Zuniga,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
aty           Glenn Betancourt,    Rogoff & Betancourt, P.C.,    3158 S. Des Plaines River Road,
               Des Plaines, IL  60018
aty          +John Eggum,    LakeLaw,   420 W. Clayton Street,    Waukegan, IL 60085-4216
aty          +Jonathan T Brand,    Lakelaw,   420 W. Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14372222     +Alisa Levin,    19 South LaSalle Street, Suite 602,    Chicago, IL 60603-1435
14372223     +Allied Interstate, Inc.,    PO BOX 369008,    Columbus, OH 43236-9008
14372224     +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
14372225     +Associate Collections,    PO Box 16053,    Phoenix, AZ 85011-6053
14372226     +Bac Home Lns Lp/Ctrywd,    450 American St,    Simi Valley, CA 93065-6285
14372227    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
14372228      Capital One Usa,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14372229     +Chase-Cha,    Po Box 7090,    Mesa, AZ 85216-7090
14372230      City of Chicago/Revenue Dept.,    PO Box 88292,    Chicago, IL 60680-1292
14372231     +Collections USA,    21630 N 19th Avenue, Suite B3,    Phoenix, AZ 85027-2717
14372232      Direct T.V.,    P.O. Box 9001069,    Louisville, KY 40290-1069
14372234     +Dr. A. Tereau Pearson, D.M.D.,    1964 Dempster Street,    Evanston, IL 60202-1016
14372235     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
14372236      ECSI,   for nLoyola University,    181 Montour Run Road,    Coraopolis, PA 15108-9408
14372237     +Encore Receivable,    400 N Rogers Rd,    Olathe, KS 66062-1212
14372238     +EndoArt,    1277 E Missouri Avenue, #202,    Phoenix, AZ 85014-2917
14372239      FFCC-Columbus, Inc.,    For A Tereau Pearson, DMD,    1550 Old Henderson Rd., Ste. 100,
               Columbus, OH 43220-3626
14372240     +Fleet Credit Card,    200 Tournament Dr,    Horsham, PA 19044-3606
14372243      GRC,   for Loyola University,    PO Box 495999-01CE,    Cincinnati, OH 45249-5999
14372245     +Howard M. Arof, MD,    c/o Medical Billing,    676 N. St. Clair, #1880,    Chicago, IL 60611-3139
14372246     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14372248     +Inovision,    150 Crosspoint Par,    Getzville, NY 14068-1602
14372250     +Jerome D. Citron,    29 S LaSalle, Suite 415,    Chicago, IL 60603-1545
14372251     +Jvdb Asc (Original Creditor:Medical,    P O Box 5718,    Elgin, IL 60121-5718
14372252     +Kenneth Eisen & Assoc (Original Cre,    777 E Missouri Ave Ste 1,    Phoenix, AZ 85014-2830
14372253     +Loyola University of Chicago,    Student accounts,    6525 North Sheridan Road,
               Chicago, IL 60626-5385
14372256     +ML Medical Billing,    for,   425 Huehl Road, Bldg 8,    Northbrook, IL 60062-2323
14372254     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
14372258     +NBGL-Carsons,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
15299792      NCO PORTFOLIO MANAGEMENT,    POB 3001,    Malvern, PA 19355-0701
14372263     +NRC,   for Wells FArgo Bank,    4000 East 5th Avenue,    Columbus, OH 43219-1811
14372257      Nationwide Credit, Inc.,    2015 Vaughn Road NW, Ste. 400,    Kennesaw, GA 30144-7802
14372259     +Nco Fin/22 (Original Creditor:Nco/A,    507 Prudential Rd,    Horsham, PA 19044-2308
14372261      Northwestern Medical Faculty Founda,    38693 Eagle Way,    Chicago, IL 60678-1386
14372262      Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-7690
14372270     +RJM Acquisitions, LLP,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
14372266     +Resurgence Financial, LLC,    c/o legal department,    4100 Commercial Avenue,
               Northbrook, IL 60062-1833
14372267     +Reuben D. Collins, D.D.S.,    222 W. Huron Street, Ste. 4002,    Chicago, IL 60654-3991
14372268     +Richard L. Phelps, M.D.,    201 East Huron St., 11-205,    Chicago, IL 60611-2968
14372269     +Risk Management,    2675 Breckinridge,    Duluth, GA 30096-8931
14372272      SRP,   P.O. Box 2950,    Phoenix, AZ 85062-2950
14372271     +Souma Diagnostics, Ltd.,    c/o PBP P.O. Box 11690,    Chicago, IL 60611-0690
14372273     +Stuart Allan & Assoc.,    5447 E 5th St, Ste 110,    Tucson, AZ 85711-2345
14372274      The Pediatric Faculty Foundation,    PO Box 2787,    Springfield, IL 62708-2787
14372277     +Wells Fargo Bank,    PO Box 5445,    Portland, OR 97228-5445
14372278      Wells Fargo Card Services,    P.O. Box 30086,    Los Angeles, CA 90030-0086
14372279     +Wfnnb/Victorias Secret,    Po Box 182128,    Columbus, OH 43218-2128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14372221      E-mail/PDF: recoverybankruptcy@afninet.com Aug 27 2011 02:32:26      AFNI, Inc.,
               for Qwest Communications,    404 Brock Drive, P.O. Box 3427,    Bloomington, IL 61702-3427
15322192      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2011 02:32:22
               American Infosource Lp As Agent for,    Asta-Vativ,    PO Box 248838,
               Oklahoma City, OK  73124-8838
14952857      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2011 02:32:49      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14372233      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2011 02:32:49      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
15141520     +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2011 02:32:59      GE Money Bank dba ABT TV/GEMB,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1          User: tmaurer              Page 2 of 2                  Date Rcvd: Aug 26, 2011
                              Form ID: pdf006            Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15288171     +E-mail/PDF: rmscedi@recoverycorp.com Aug 27 2011 02:32:59     GE Money Bank dba GAP VISA CARD,
              Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14372241     +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2011 02:32:59     Gemb/Abt Tv,   Po Box 981439,
              El Paso, TX 79998-1439
14372242     +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2011 02:32:59     Gemb/Gapdc,   Po Box 981400,
              El Paso, TX 79998-1400
14372244     +E-mail/Text: bkynotice@harvardcollect.com Aug 27 2011 02:08:06     Harvard Collection Service,
              4839 N Elston Avenue,   Chicago, IL 60630-2589
14372264     +E-mail/Text: ebn@vativrecovery.com Aug 27 2011 02:08:31     Palisad Coll (Original Creditor:11,
              210 Sylvan Ave,   Englewood Clif, NJ 07632-2524
14372265     +E-mail/Text: bklaw@qwest.com Aug 27 2011 02:07:55     Qwest Communications,   P.O. Box 29040,
              Phoenix, AZ 85038-9040
14372275      Fax: 866-419-3894 Aug 27 2011 02:22:12     U.S. Cellular,   P.O. Box 0203,
              Palatine, IL 60055-0203
14372276     +E-mail/Text: bnc@ursi.com Aug 27 2011 02:08:21     United Recovery System,   5800 N Course Dr,
              Houston, TX 77072-1613
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14372260      Northwestern Medical Faculty Founda
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
14372247*    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
14372255*    +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
14372249     ##Island National Group LLC,   for Wells Fargo,   PO Box 18009,   Hauppauge, NY 11788-8809
                                                                                 TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**             **Signature:** _Joseph Speetjens_