UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-31633-JBS |
|---|---|---|
| | § | |
| MARCUS LUCAS MUHAMMAD | § | |
| DIAN M MUHAMMAD | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $138,083.17 | Assets Exempt: | $12,800.00 |
| Total Distributions to Claimants: | $3,609.81 | Claims Discharged Without Payment: | $87,977.04 |
| Total Expenses of Administration: | $1,209.61 | | |

3) Total gross receipts of $6,708.55 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,889.13 (see **Exhibit 2),** yielded net receipts of $4,819.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $153,594.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,209.61 | $1,209.61 | $1,209.61 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $89,303.37 | $18,491.54 | $18,491.54 | $3,609.81 |
| **Total Disbursements** | $242,897.37 | $19,701.15 | $19,701.15 | $4,819.42 |

  4).  This case was originally filed under chapter 7 on 08/27/2009.  The case was pending for 28 months.

  5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 12/13/2011          By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Metlife Whole Insurance Policy | 1129-000 | $6,707.40 |
| Interest Earned | 1270-000 | $1.15 |
| **TOTAL GROSS RECEIPTS** | | **$6,708.55** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Marcus & Dian Muhammad | Exemptions | 8100-002 | $1,889.13 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,889.13** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Lns Lp/Ctrywd | 4110-000 | $153,594.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$153,594.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,204.86 | $1,204.86 | $1,204.86 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.24 | $3.24 | $3.24 |
| Green Bank | 2600-000 | NA | $1.51 | $1.51 | $1.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,209.61** | **$1,209.61** | **$1,209.61** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

UST Form 101-7-TDR (5/1/2011)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-900 | $6,629.00 | $6,629.53 | $6,629.53 | $1,294.17 |
| 2 | FFCC-Columbus, Inc. | 7100-000 | $1,819.53 | $1,819.53 | $1,819.53 | $355.20 |
| 3 | GE Money Bank dba ABT TV/GEMB | 7100-000 | $1,862.00 | $3,681.95 | $3,681.95 | $718.77 |
| 4 | GE Money Bank dba GAP VISA CARD | 7100-900 | $1,918.00 | $1,953.32 | $1,953.32 | $381.32 |
| 5 | NCO PORTFOLIO MANAGEMENT / WELLS FARGO | 7100-000 | $3,979.53 | $4,054.82 | $4,054.82 | $791.56 |
| 6 | American Infosource Lp As Agent for Asta-Vativ | 7100-000 | NA | $352.39 | $352.39 | $68.79 |
| | AFNI, Inc. | 7100-000 | $174.20 | NA | NA | $0.00 |
| | Alisa Levin | 7100-000 | $687.50 | NA | NA | $0.00 |
| | Allied Interstate, Inc. | 7100-000 | $52.00 | NA | NA | $0.00 |
| | Amex | 7100-000 | $7,700.00 | NA | NA | $0.00 |
| | Associate Collections | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Cap One | 7100-000 | $922.00 | NA | NA | $0.00 |
| | Capital One Usa | 7100-000 | $689.61 | NA | NA | $0.00 |
| | Chase-Cha | 7100-000 | $4,194.00 | NA | NA | $0.00 |
| | City of Chicago/Revenue Dept. | 7100-000 | $400.00 | NA | NA | $0.00 |
| | Collections USA | 7100-000 | $53.00 | NA | NA | $0.00 |
| | Direct T.V. | 7100-000 | $33.00 | NA | NA | $0.00 |
| | Dr. A. Tereau Pearson, D.M.D. | 7100-000 | $1,317.00 | NA | NA | $0.00 |
| | Dsnb Macys | 7100-000 | $1,170.00 | NA | NA | $0.00 |
| | ECSI | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Encore Receivable | 7100-000 | $52.00 | NA | NA | $0.00 |
| | EndoArt | 7100-000 | $53.00 | NA | NA | $0.00 |
| | Fleet Credit Card | 7100-000 | $10,212.00 | NA | NA | $0.00 |
| | GRC | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Harvard Collection Service | 7100-000 | $85.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Howard M. Arof, MD | 7100-000 | $157.21 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $1,575.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $330.00 | NA | NA | $0.00 |
| Inovision | 7100-000 | $85.00 | NA | NA | $0.00 |
| Island National Group LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Jerome D. Citron | 7100-000 | $970.00 | NA | NA | $0.00 |
| Jvdb Asc (Original Creditor:Medical | 7100-000 | $1,270.00 | NA | NA | $0.00 |
| Kenneth Eisen & Assoc (Original Cre | 7100-000 | $908.00 | NA | NA | $0.00 |
| Loyola University of Chicago | 7100-000 | $1,211.80 | NA | NA | $0.00 |
| Mcydsnb | 7100-000 | $1,137.00 | NA | NA | $0.00 |
| Mcydsnb | 7100-000 | $97.00 | NA | NA | $0.00 |
| ML Medical Billing | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nationwide Credit, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| NBGL-Carsons | 7100-000 | $2,100.00 | NA | NA | $0.00 |
| Nco Fin/22 (Original Creditor:Nco/A | 7100-000 | $5,799.00 | NA | NA | $0.00 |
| Northwestern Medical Faculty Founda | 7100-000 | $1,004.00 | NA | NA | $0.00 |
| Northwestern Medical Faculty Founda | 7100-000 | $196.35 | NA | NA | $0.00 |
| Northwestern Memorial Hospital | 7100-000 | $757.26 | NA | NA | $0.00 |
| NRC | 7100-000 | $817.15 | NA | NA | $0.00 |
| Palisad Coll (Original Creditor:11 | 7100-000 | $352.00 | NA | NA | $0.00 |
| Resurgence Financial, LLC | 7100-000 | $21,497.70 | NA | NA | $0.00 |
| Reuben D. Collins, D.D.S. | 7100-000 | $473.50 | NA | NA | $0.00 |
| Richard L. Phelps, M.D. | 7100-000 | $75.70 | NA | NA | $0.00 |
| Risk Management | 7100-000 | $362.00 | NA | NA | $0.00 |
| RJM Acquisitions, LLP | 7100-000 | $156.04 | NA | NA | $0.00 |
| Souma | 7100-000 | $514.25 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Diagnostics, Ltd. | | | | | |
| SRP | 7100-000 | $343.92 | NA | NA | $0.00 |
| Stuart Allan & Assoc. | 7100-000 | $1,898.00 | NA | NA | $0.00 |
| The Pediatric Faculty Foundation | 7100-000 | $28.48 | NA | NA | $0.00 |
| U.S. Cellular | 7100-000 | $355.79 | NA | NA | $0.00 |
| United Recovery System | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wells Fargo Bank | 7100-000 | $817.85 | NA | NA | $0.00 |
| Wfnnb/Victorias Secret | 7100-000 | $11.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $89,303.37 | $18,491.54 | $18,491.54 | $3,609.81 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 09-31633-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MUHAMMAD, MARCUS LUCAS AND MUHAMMAD, DIAN M | | Date Filed (f) or Converted (c): | 08/27/2009 (f) |
| For the Period Ending: | 12/13/2011 | | §341(a) Meeting Date: | 10/07/2009 |
| | | | Claims Bar Date: | 04/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  508 South Drexel, Apartment 1W, Chicago, IL. 606 | $120,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Bank of America Checking Account | $800.00 | $0.00 | DA | $0.00 | FA |
| 3  Sleeper Sofa | $300.00 | $300.00 | DA | $0.00 | FA |
| 4  2 leather chairs, One Ottoman | $200.00 | $200.00 | DA | $0.00 | FA |
| 5  One King Size Bed | $100.00 | $100.00 | DA | $0.00 | FA |
| 6  2 book Cases | $25.00 | $25.00 | DA | $0.00 | FA |
| 7  T.V. Stand | $10.00 | $10.00 | DA | $0.00 | FA |
| 8  T.V. Set, Speakers and receiver | $300.00 | $300.00 | DA | $0.00 | FA |
| 9  DVD Player | $10.00 | $10.00 | DA | $0.00 | FA |
| 10  Play Station | $25.00 | $25.00 | DA | $0.00 | FA |
| 11  Two laptops | $200.00 | $200.00 | DA | $0.00 | FA |
| 12  Printer | $10.00 | $10.00 | DA | $0.00 | FA |
| 13  Debtor's Clothes | Unknown | $0.00 | DA | $0.00 | FA |
| 14  Joint Debtor's Clothes | Unknown | $0.00 | DA | $0.00 | FA |
| 15  Metlife Whole Insurance Policy | $6,142.30 | $4,253.17 | DA | $6,707.40 | FA |
| 16  Dimarc Consulting, Inc. - Sole Owner S Corporati | $0.00 | $0.00 | DA | $0.00 | FA |
| 17  Precious Metals Investment Account | $5,310.87 | $0.00 | DA | $0.00 | FA |
| 18  2000 Honda Civic Sedan | $4,650.00 | $0.00 | DA | $0.00 | FA |
| INT  Interest Earned                              (u) | Unknown | Unknown | | $1.15 | FA |

**TOTALS (Excluding unknown value)**                                                                                                          **Gross Value of Remaining Assets**
                       $138,083.17              $5,433.17                                                     $6,708.55                   $0.00

**Major Activities affecting case closing:**
  Need a copy of life insurance policy - not fully exempt
  Letter sent to Metlife to Turnover Cash Value
  Debtor sold gold in April - May 2010. Sent email to DA for debtor to pay back as gold was property of the Estate
  TFR completed for Trustee's review.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 09-31633-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MUHAMMAD, MARCUS LUCAS AND MUHAMMAD, DIAN M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1573 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | ******1574 | Account Title: | DDA |
| For Period Beginning: | 8/27/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $4,819.42 | | $4,819.42 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.51 | $4,817.91 |
| 08/17/2011 | | Sterling Bank | | 9999-000 | $1,889.13 | | $6,707.04 |
| 08/19/2011 | 5001 | Marcus & Dian Muhammad | Re-issued check RE: Exemptions claimed on Insurance Policy | 8100-002 | | $1,889.13 | $4,817.91 |
| 10/05/2011 | 5002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.24 | $4,814.67 |
| 10/05/2011 | 5003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,204.86 | $3,609.81 |
| 10/05/2011 | 5004 | DISCOVER BANK | Claim #: 1; Amount Claimed: 6,629.53; Amount Allowed: 6,629.53; Distribution Dividend: 19.52; | 7100-900 | | $1,294.17 | $2,315.64 |
| 10/05/2011 | 5005 | FFCC-Columbus, Inc. | Claim #: 2; Amount Claimed: 1,819.53; Amount Allowed: 1,819.53; Distribution Dividend: 19.52; | 7100-000 | | $355.20 | $1,960.44 |
| 10/05/2011 | 5006 | GE Money Bank dba ABT TV/GEMB | Claim #: 3; Amount Claimed: 3,681.95; Amount Allowed: 3,681.95; Distribution Dividend: 19.52; | 7100-000 | | $718.77 | $1,241.67 |
| 10/05/2011 | 5007 | GE Money Bank dba GAP VISA CARD | Claim #: 4; Amount Claimed: 1,953.32; Amount Allowed: 1,953.32; Distribution Dividend: 19.52; | 7100-900 | | $381.32 | $860.35 |
| 10/05/2011 | 5008 | NCO PORTFOLIO MANAGEMENT/ | Claim #: 5; Amount Claimed: 4,054.82; Amount Allowed: 4,054.82; Distribution Dividend: 19.52; | 7100-000 | | $791.56 | $68.79 |
| 10/05/2011 | 5009 | American Infosource Lp As Agent for Asta-Vativ | Claim #: 6; Amount Claimed: 352.39; Amount Allowed: 352.39; Distribution Dividend: 19.52; | 7100-000 | | $68.79 | $0.00 |
| | | | **TOTALS:** | | $6,708.55 | $6,708.55 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $6,708.55 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $6,708.55 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,889.13 | |
| | | | **Net** | | $0.00 | $4,819.42 | |

| **For the period of 8/27/2009 to 12/13/2011** | | **For the entire history of the account between 06/29/2011 to 12/13/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,708.55 | Total Internal/Transfer Receipts: | $6,708.55 |
| | | | |
| Total Compensable Disbursements: | $4,819.42 | Total Compensable Disbursements: | $4,819.42 |
| Total Non-Compensable Disbursements: | $1,889.13 | Total Non-Compensable Disbursements: | $1,889.13 |
| Total Comp/Non Comp Disbursements: | $6,708.55 | Total Comp/Non Comp Disbursements: | $6,708.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-31633-JBS | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | MUHAMMAD, MARCUS LUCAS AND MUHAMMAD, DIAN M | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1573 | | Money Market Acct #: | ******1633 |
| Co-Debtor Taxpayer ID #: | ******1574 | | Account Title: | |
| For Period Beginning: | 8/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/18/2011 | (15) | MetLife | | 1129-000 | $6,707.40 | | $6,707.40 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.05 | | $6,707.45 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.28 | | $6,707.73 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.28 | | $6,708.01 |
| 05/04/2011 | 1001 | Marcus Lucas Muhammad & Dian Muhammad | Exemptions claimed on Insurance Policy | 8100-002 | | $1,889.13 | $4,818.88 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.28 | | $4,819.16 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.26 | | $4,819.42 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,819.42 | $0.00 |
| 08/16/2011 | | Green Bank | Wire out for stale dated checks | 9999-000 | | $1,889.13 | ($1,889.13) |
| 08/16/2011 | 1001 | STOP PAYMENT: Marcus Lucas Muhammad | Exemptions claimed on Insurance Policy | 8100-004 | | ($1,889.13) | $0.00 |
| | | | **TOTALS:** | | $6,708.55 | $6,708.55 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $6,708.55 | |
| | | | **Subtotal** | | $6,708.55 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,708.55 | $0.00 | |

**For the period of 8/27/2009 to 12/13/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $6,708.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,708.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,708.55 |

**For the entire history of the account between 02/18/2011 to 12/13/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $6,708.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,708.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,708.55 |

**Page No:** 3

Case 09-31633    Doc 39    Filed 01/20/12    Entered 01/20/12 18:40:22    Desc Main
        Document        Page 10 of 10

**FORM 2**
Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 09-31633-JBS | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MUHAMMAD, MARCUS LUCAS AND MUHAMMAD, DIAN M | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******1573 | | **Money Market Acct #:** | ******1633 |
| **Co-Debtor Taxpayer ID #:** | ******1574 | | **Account Title:** | |
| **For Period Beginning:** | 8/27/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/13/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $6,708.55 | $6,708.55 | $0.00 |

**For the period of 8/27/2009 to 12/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,708.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,708.55 |
| Total Internal/Transfer Receipts: | $6,708.55 |
| | |
| Total Compensable Disbursements: | $4,819.42 |
| Total Non-Compensable Disbursements: | $1,889.13 |
| Total Comp/Non Comp Disbursements: | $6,708.55 |
| Total Internal/Transfer Disbursements: | $6,708.55 |

**For the entire history of the case between 08/27/2009 to 12/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,708.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,708.55 |
| Total Internal/Transfer Receipts: | $6,708.55 |
| | |
| Total Compensable Disbursements: | $4,819.42 |
| Total Non-Compensable Disbursements: | $1,889.13 |
| Total Comp/Non Comp Disbursements: | $6,708.55 |
| Total Internal/Transfer Disbursements: | $6,708.55 |